# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELL, GARY | § | Case No. 10-74677 |
| BELL, MICHELE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/06/2011 in Courtroom 115,

        United States Courthouse
        211 S. Court St.
        Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/03/2011                 By: /s/ Daniel M. Donahue
                                                                     Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                        §
                              §
BELL, GARY                    §    Case No. 10-74677
BELL, MICHELE                 §
                              §
        Debtor(s)             §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 8,000.52 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,000.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,550.05 | $ 0.00 | $ 1,550.05 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,421.00 | $ 0.00 | $ 1,421.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 50.65 | $ 0.00 | $ 50.65 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,021.70 |
| Remaining Balance | $ 4,978.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 10-74677    Doc 28    Filed 05/06/11    Entered 05/08/11 23:16:58    Desc Imaged
Certificate of Service    Page 3 of 6

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,330.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 12,179.75 | $ 0.00 | $ 1,766.36 |
| 000002 | Marathon Petroleum Co | $ 1,109.26 | $ 0.00 | $ 160.87 |
| 000003 | Chase Bank USA, N.A. | $ 3,117.99 | $ 0.00 | $ 452.18 |
| 000004 | Chase Bank USA, N.A. | $ 8,306.52 | $ 0.00 | $ 1,204.65 |
| 000005 | Asset Acceptance LLC | $ 3,254.11 | $ 0.00 | $ 471.93 |
| 000006 | Asset Acceptance LLC / Assignee / GEMB / Discount | $ 1,654.93 | $ 0.00 | $ 240.01 |
| 000007 | Chase Bank USA,N.A | $ 1,062.29 | $ 0.00 | $ 154.06 |
| 000008 | GE Money Bank | $ 3,577.86 | $ 0.00 | $ 518.88 |
| 000009 | GE Money Bank | $ 68.19 | $ 0.00 | $ 9.88 |

Total to be paid to timely general unsecured creditors     $     4,978.82

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-74677-MB
Gary Bell                                                              Chapter 7
Michele Bell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2           Date Rcvd: May 06, 2011
                              Form ID: pdf006            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2011.
```
db/jdb     +Gary Bell,   Michele Bell,   PO Box 863,   Somonauk, IL 60552-0863
aty        +C David Ward,   Illini Legal Services Chartered,   2756 Route 34,   Oswego, IL 60543-8301
aty         Daniel M Donahue,    P. O. Box 2903,   Rockford, IL 61132-2903
tr          Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
16795117   +Asset Acceptance LLC / Assignee / GEMB / Discount,   Po Box 2036,   Warren MI 48090-2036
16158039   +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16158040   +Baker & Miller,   29 N. Wacker Dr., 5th Floor,   Chicago, IL 60606-2851
16158035   +Bell Gary,   3017 Graham Rd,   Somonauk, IL 60552-3049
16158036   +Bell Michele,   3017 Graham Rd,   Somonauk, IL 60552-3049
16158041   +Blatt, Hasenmiller, Leibsker & Moore Llc,   P.O. Box 5463,   Chicago, IL 60680-5463
16158037   +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
16158042   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
16736819    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16830697   +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16158043   +Chase- Bp,   P.o. Box 15298,   Wilmington, DE 19850-5298
16158044   +David Wojcik,   Route 1, Box 565,   Herrick, IL 62431-9307
16158045   +Deveron Trucking,   PO Box 65,   Herrick, IL 62431-0065
16158048   +Financial Pacific Leasing LLC,   C/O Askounis & Darcy,   401 N. Michigan Ave., Suite 550,
             Chicago, IL 60611-5523
16158053   +Global Client Solutions LLC,   4500 S. 129th East Ave., Ste 177,   Tulsa, OK 74134-5870
16158055   +Liberty Settlements,   10333 Harwin Dr., Suite 425,   Houston, TX 77036-1571
16158056   +Marathon Petroleum Co,   POB 81,   Findlay, OH 45839-0081
16158057   +Marshall & Ilsley Bank,   770 N Water St,   Milwaukee, WI 53202-3509
16158058   +Ronald & Vivian Wojcik,   PO Box 65,   Herrick, IL 62431-0065
16158059   +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
16158060   +Thd/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16158047  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Elan Financial Service,   Po Box 790084,   Saint Louis, MO  63179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16795115   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 06 2011 22:11:43      Asset Acceptance LLC,
             Po Box 2036,   Warren MI 48090-2036
16158038   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 06 2011 22:11:43
             Asset Acceptance Llc (original Cred,   Po Box 2036,   Warren, MI 48090-2036
16692976    E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2011 23:58:30      Discover Bank,
             Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
16158046   +E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2011 23:58:30      Discover Fin Svcs Llc,
             2500 Lake Cook Rd.,   Riverwoods, IL 60015-1838
17125070    E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:07      GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16158049   +E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:08      Gemb/asa,   Po Box 981439,
             El Paso, TX 79998-1439
16158050   +E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:07      Gemb/discount Tire,   Po Box 981439,
             El Paso, TX 79998-1439
16158051    E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:08      Gemb/ge Money Bank Low,
             Po Box 103065,   Roswell, GA  30076
16158052   +E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:08      Gemb/walmart Dc,   Po Box 981400,
             El Paso, TX 79998-1400
16158054   +E-mail/PDF: cr-bankruptcy@kohls.com May 06 2011 23:56:55      Kohls/chase,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: May 06, 2011
                              Form ID: pdf006            Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**                    **Signature:**    *Joseph Speetjens*