UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BELL, GARY § Case No. 10-74677
BELL, MICHELE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/DANIEL M. DONAHUE_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Marshall & Ilsley Bank 770 N Water St Milwaukee, WI 53202 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Llc (original Cred Po Box 2036 Warren, MI 48090 | | | | | |
| | Asset Acceptance Llc (original Cred Po Box 2036 Warren, MI 48090 | | | | | |
| | Baker & Miller 29 N. Wacker Dr., 5th Floor Chicago, IL 60606-3221 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore Llc P.O. Box 5463 Chicago, IL 60680 | | | | | |
| | Elan Financial Service Po Box 790084 Saint Louis, MO 63179 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Financial Pacific Leasing LLC C/O Askounis & Darcy 401 N. Michigan Ave., Suite 550 Chicago, IL 60611 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Thd/cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| 000005 | ASSET ACCEPTANCE LLC | | | | | |
| 000006 | ASSET ACCEPTANCE LLC / ASSIGNEE / G | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000002 | MARATHON PETROLEUM CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-74677 MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BELL, GARY | Date Filed (f) or Converted (c): | 09/20/10 (f) |
|  | BELL, MICHELE | 341(a) Meeting Date: | 10/28/10 |
| For Period Ending: | 07/26/11 | Claims Bar Date: | 04/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at 3017 Graham Rd., Somonauk, IL 60552 | 195,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand. | 30.00 | 0.00 | DA | 0.00 | FA |
| 3. Harris Bank checking account | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. Harris Bank savings account | 12,000.00 | 8,000.00 |  | 8,000.00 | FA |
| 5. Household goods and furnishings. | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel. | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. AIG whole life insurance policy | 4,208.57 | 0.00 | DA | 0.00 | FA |
| 8. Country Life Insurance whole life policy | 2,426.00 | 0.00 | DA | 0.00 | FA |
| 9. National Construction Rentals Inc. 401 (k) | 11,829.58 | 0.00 | DA | 0.00 | FA |
| 10. Suburban Teamsters Pension Fund Benefits only whe | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 1994 Dodge Ram | 750.00 | 0.00 | DA | 0.00 | FA |
| 12. 1994 Pontiac Grand Am | 225.00 | 225.00 | DA | 0.00 | FA |
| 13. 2002 Ford Explorer | 2,950.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 0.52 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $230,419.15 | $8,225.00 |  | $8,000.52 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/11     Current Projected Date of Final Report (TFR): 06/01/11

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-74677 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BELL, GARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | BELL, MICHELE | | Account Number / CD #: | *******3341 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/10 | 4 | GARY AND MICHELLE BELL<br>PO BOX 863<br>SOMONAUK, IL 60552-0863 | INTEREST IN BANK ACCOUNT | 1129-000 | 8,000.00 | | 8,000.00 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 8,000.12 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.32 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.38 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.45 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.51 |
| 05/03/11 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 8,000.52 |
| 05/03/11 | | Transfer to Acct #*******3752 | Final Posting Transfer | 9999-000 | | 8,000.52 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,000.52 | 8,000.52 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,000.52 | |
| Subtotal | 8,000.52 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.52 | 0.00 | |

Page Subtotals 8,000.52 8,000.52

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-74677 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BELL, GARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | BELL, MICHELE | | Account Number / CD #: | *******3752 GENERAL CHECKING |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/11 | | Transfer from Acct #*******3341 | Transfer In From MMA Account | 9999-000 | 8,000.52 | | 8,000.52 |
| 06/07/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.05 | 6,450.47 |
| 06/07/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,421.00 | 5,029.47 |
| 06/07/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 50.65 | 4,978.82 |
| 06/07/11 | 000103 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 14.5% | 7100-000 | | 1,766.36 | 3,212.46 |
| 06/07/11 | 000104 | Marathon Petroleum Co<br>POB 81<br>Findlay, OH 45839 | Claim 000002, Payment 14.5% | 7100-000 | | 160.87 | 3,051.59 |
| 06/07/11 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 14.5% | 7100-000 | | 452.18 | 2,599.41 |
| 06/07/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 14.5% | 7100-000 | | 1,204.65 | 1,394.76 |
| 06/07/11 | 000107 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | Claim 000005, Payment 14.5% | 7100-000 | | 471.93 | 922.83 |
| 06/07/11 | 000108 | Asset Acceptance LLC / Assignee / GEMB /<br>Discount<br>Po Box 2036<br>Warren MI 48090 | Claim 000006, Payment 14.5% | 7100-000 | | 240.01 | 682.82 |
| 06/07/11 | 000109 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933 | Claim 000007, Payment 14.5% | 7100-000 | | 154.06 | 528.76 |
| | | | Page Subtotals | | 8,000.52 | 7,471.76 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-74677 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BELL, GARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | BELL, MICHELE | | Account Number / CD #: | *******3752 GENERAL CHECKING |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/11 | 000110 | Dallas,Tx 75374<br>GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 14.5% | 7100-000 | | 518.88 | 9.88 |
| 06/07/11 | 000111 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 14.5% | 7100-000 | | 9.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.52 | 8,000.52 | 0.00 |
| Less: Bank Transfers/CD's | 8,000.52 | 0.00 | |
| Subtotal | 0.00 | 8,000.52 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,000.52 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******3341 | 8,000.52 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3752 | 0.00 | 8,000.52 | 0.00 |
| | 8,000.52 | 8,000.52 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   528.76

Ver: 16.02b

LFORM24